CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 31 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| WILLIAM KEITH WORRELL, ) | |
|     Plaintiff, ) | Civil Action No. 7:08-cv-00554 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| NEW RIVER VALLEY ) | |
| REGIONAL JAIL, ) | By: Hon. James C. Turk |
|     Defendant. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the plaintiff's complaint under § 1983 is **DISMISSED** without prejudice, pursuant to 28 U.S.C. 1915A(b)(1) and 28 U.S.C. § 1367(c); and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 31st day of October 2008.

                                              /s/ James C. Turk
                                              Senior United States District Judge